Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  19−20032−VFP
                                      Chapter:  13
                                      Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John F O' Donnell
    542 Westwood Ave
    Rivervale, NJ 07675

Social Security No.:
    xxx−xx−8895

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on August 20, 2019.

    On 1/16/20 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                     February 20, 2020
Time:                   08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 17, 2020
JAN: lc

                                                                                   Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-20032-VFP
John F O' Donnell                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: 185              Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             +John F O' Donnell,    542 Westwood Ave,    Rivervale, NJ 07675-5563
518251534      +Accounts Receivable,    1806 33rd Street,    Suite 180,    Orlando, FL 32839-8846
518346914      +Basralian Funeral Service,    559 Kinderkamack Road,    Oradell, NJ 07649-1510
518251535      +Bristol County Savs Ba,    29 Broadway,    Taunton, MA 02780-3261
518372463      +Citibank, N.A.,     701 East 60th Street North,    Sioux Falls, SD 57104-0493
518251538      +Citibank/Exxon Mobile,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 Saint Louis, MO 63179-0034
518251541      +Delaware Department of Transportation,    Delare E-ZPass Violations Center,    PO Box 697,
                 Dover, DE 19903-0697
518251542       E-Zpass,    New York Service Center,    PO Box 149004,    Staten Island, NY 10314-9004
518251543      +Ezpass Violations,    PO Box 15186,    Albany, NY 12212-5186
518251545      +Harvey Grossman,    Harvey Trust,    32 Mount Holyoke,    Rancho Mirage, CA 92270-3669
518251547      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518251548      +Law Enforcemeny Systems, LLC,    PO Box 3032,    Milwaukee, WI 53201-3032
518413707      +MPV New Jersey,    PO Box 1870,    Cary, NC 27512-1870
518251549      +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    216 West Second St,
                 Dixon, MO 65459-8048
518413708      +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518251551      +Pascak Valley Dental,    449 Old Hook Road,    Emerson, NJ 07630-1323
518251553      +Retrieval Masters Collection Agency,    2269 Saw Mill Road,    Elmsford, NY 10523-3832
518251554      +Retrieval Masters Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1616
518251557      +United Collection Bureau,    PO Box 1448,    Maumee, OH 43537-8448
518413711       Universal Recovery Corporation,    PO Box 3003,    Rancho Cordova, CA 95741-3003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:30:08
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:29:28
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518251536      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 00:29:33      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518251537      +E-mail/Text: bk.notifications@jpmchase.com Jan 18 2020 00:24:37      Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
518251539      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 18 2020 00:25:44
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
518251540      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 18 2020 00:25:44
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518251544      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 18 2020 00:25:44      Geico,
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518358466      +E-mail/Text: accountservices@greenarrowloans.com Jan 18 2020 00:25:58      Greenarrow Loans,
                 PO Box 170,    Finley, CA 95435-0170
518251546       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 18 2020 00:25:09      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
518251550      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2020 00:24:45      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518333473      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2020 00:24:45      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518370743       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 00:30:22
                 Portfolio Recovery Associates, LLC,    c/o Citgo,    POB 41067,    Norfolk VA 23541
518251552      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 00:28:57
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518251555      +E-mail/Text: bkrpt@retrievalmasters.com Jan 18 2020 00:24:45      RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
518413709      +E-mail/Text: bkrpt@retrievalmasters.com Jan 18 2020 00:24:45
                 Retrieval-Masters Creditors Bureau,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1616
518251556      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jan 18 2020 00:24:28
                 State Farm Bank,    Attn: Bankrupcty,    Po Box 2327,    Bloomington, IL 61702-2327
518372817      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jan 18 2020 00:24:28
                 State Farm Barnk, F.S.B.,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
518253886      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:30:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518413713      +E-mail/Text: bankruptcydepartment@tsico.com Jan 18 2020 00:25:35      Transworld Systems,
                 500 Virginia Dr, Ste. 514,    Fort Washington, PA 19034-2733
518413712      +E-mail/Text: bankruptcydepartment@tsico.com Jan 18 2020 00:25:35      Transworld Systems,
                 5626 Frantz Road,    Dublin, OH 43017-1559
                                                                                              TOTAL: 22

```
District/off: 0312-2           User: admin                 Page 2 of 2                   Date Rcvd: Jan 17, 2020
                               Form ID: 185                Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518413706*     +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518413710*     +United Collection Bureau,    PO Box 1448,    Maumee, OH 43537-8448
                                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor John F O' Donnell dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor   State Farm Bank, F.S.B. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   State Farm Bank, F.S.B. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```