Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 19−20032−VFP
                                  Chapter: 13
                                  Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John F O' Donnell
   542 Westwood Ave
   Rivervale, NJ 07675

Social Security No.:
   xxx−xx−8895

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       5/7/20
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens

COMMISSION OR FEES
$3,370.50

EXPENSES
$7.10

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 30, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20032-VFP
John F O' Donnell                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Mar 30, 2020
                               Form ID: 137             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
```
db              +John F O' Donnell,    542 Westwood Ave,    Rivervale, NJ 07675-5563
518251534       +Accounts Receivable,    1806 33rd Street,    Suite 180,    Orlando, FL 32839-8846
518346914       +Basralian Funeral Service,    559 Kinderkamack Road,    Oradell, NJ 07649-1510
518251535       +Bristol County Savs Ba,    29 Broadway,    Taunton, MA 02780-3261
518372463       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518251538       +Citibank/Exxon Mobile,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 Saint Louis, MO 63179-0034
518251541       +Delaware Department of Transportation,    Delare E-ZPass Violations Center,    PO Box 697,
                 Dover, DE 19903-0697
518251542        E-Zpass,   New York  Service Center,    PO Box 149004,    Staten Island, NY 10314-9004
518251543       +Ezpass Violations,    PO Box 15186,    Albany, NY 12212-5186
518251545       +Harvey Grossman,    Harvey Trust,    32 Mount Holyoke,    Rancho Mirage, CA 92270-3669
518251547       +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518251548       +Law Enforcemeny Systems, LLC,    PO Box 3032,    Milwaukee, WI 53201-3032
518413707       +MPV New Jersey,    PO Box 1870,    Cary, NC 27512-1870
518251549       +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    216 West Second St,
                 Dixon, MO 65459-8048
518413708       +NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
518251551       +Pascak Valley Dental,    449 Old Hook Road,    Emerson, NJ 07630-1323
518251553       +Retrieval Masters Collection Agency,    2269 Saw Mill Road,    Elmsford, NY 10523-3832
518251554       +Retrieval Masters Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
518251557       +United Collection Bureau,    PO Box 1448,    Maumee, OH 43537-8448
518413711        Universal Recovery Corporation,    PO Box 3003,    Rancho Cordova, CA 95741-3003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2020 02:26:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2020 02:26:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 02:38:24
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 02:35:45
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518251536       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 31 2020 02:33:19     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518251537       +E-mail/Text: bk.notifications@jpmchase.com Mar 31 2020 02:26:19     Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
518251539       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 31 2020 02:27:03
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
518251540       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 31 2020 02:27:03
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518251544       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 31 2020 02:27:03     Geico,
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518358466       +E-mail/Text: accountservices@greenarrowloans.com Mar 31 2020 02:27:15     Greenarrow Loans,
                 PO Box 170,    Finley, CA 95435-0170
518251546        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 31 2020 02:26:42     Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
518251550       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 31 2020 02:26:28     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518333473       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 31 2020 02:26:28     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518370743        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2020 02:33:26
                 Portfolio Recovery Associates, LLC,    c/o Citgo,    POB 41067,    Norfolk VA 23541
518251552       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2020 02:38:40
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518251555       +E-mail/Text: bkrpt@retrievalmasters.com Mar 31 2020 02:26:28     RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
518413709       +E-mail/Text: bkrpt@retrievalmasters.com Mar 31 2020 02:26:28
                 Retrieval-Masters Creditors Bureau,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
518251556       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Mar 31 2020 02:26:06
                 State Farm Bank,    Attn: Bankrupcty,    Po Box 2327,    Bloomington, IL 61702-2327
518372817       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Mar 31 2020 02:26:06
                 State Farm Barnk, F.S.B.,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
518253886       +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 02:35:45     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518413713       +E-mail/Text: bankruptcydepartment@tsico.com Mar 31 2020 02:26:59     Transworld Systems,
                 500 Virginia Dr, Ste. 514,    Fort Washington, PA 19034-2733
518413712       +E-mail/Text: bankruptcydepartment@tsico.com Mar 31 2020 02:26:59     Transworld Systems,
                 5626 Frantz Road,    Dublin, OH 43017-1559
                                                                                              TOTAL: 22
```

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Mar 30, 2020
                               Form ID: 137                 Total Noticed: 42


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518413706*     +Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
518413710*     +United Collection Bureau,   PO Box 1448,   Maumee, OH 43537-8448
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                          Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor John F O' Donnell dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor   State Farm Bank, F.S.B. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   State Farm Bank, F.S.B. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```