DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT
Caption in Compliance with D.N.J. LBR 9004-1(b)

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor Freedom Mortgage Corporation

| In Re: | Case No.: 19-20032-vfp |
|---|---|
| JOHN F O' DONNELL | Judge: Vincent F. Papalia |
| Debtor(s). | Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Dawn M. Peters:

   ☐ represent the Freedom Mortgage Corporation in the above-captioned matter.

   ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents Freedom Mortgage Corporation, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself

2. On September 21, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Mortgage Payment Change

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 21, 2021

*/s/ Dawn M. Peters*
Dawn M. Peters

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John F O' Donnell<br>542 Westwood Ave<br>Rivervale, NJ 07675 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| David L. Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Debtor Attorney | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Chapter Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |