UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel for Debtors

In Re:
JOHN F. O'DONNELL

Case No.: 19-20032

Chapter: 13

Hearing Date: February 17, 2020

Judge: VFP

## NOTICE OF OBJECTION TO YOUR CLAIM

To: Harvey and Elise Grossman  *[Claim Holder and Counsel, if any]*

The __Debtor__ *[Objector]* has filed the enclosed Motion to Disallow and Expunge Claim No. 2 *[Title of Objection]* (Docket No. [__85__]) which seeks to alter your rights by Dissalowing and Expunging Claim No. 2 _____

*[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]*

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before __February 10, 2022__.

At the same time, you must also serve a copy of the response upon the __Debtor's__ *[Objector's]* attorney: *[Address of objector's counsel]*  SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable __Vincent F. Papalia__ on __February 17, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, __50 Walnut Street, Newark, New Jersey 07102__, Courtroom no. __3B__.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*new.11/4/16*