**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No. 19-20032 (VFP) |
| JOHN F. O'DONNELL | Chapter 13 |
| Debtor. | Hon. Vincent F. Papalia |
| | Hearing Date: February 17, 2022 |

## CERTIFICATION OF DEBTOR IN SUPPORT OF DEBTOR'S
## OBJECTION TO CLAIM No. 2 OF HARVEY AND ELISE GROSSMAN

I, John F. O'Donnell, of full age, certify as follows:

1. I make this certification in support of my objection to the claim filed by Harvey and Elise Grossman ("Creditor") in the above captioned Chapter 13 Bankruptcy Case.

2. On May 17, 2019, I filed the above-referenced bankruptcy case.

3. Creditor filed Claim No. 2 asserting that it holds a claim in the total amount of $44,400.00 for a debt owed pursuant to an alleged agreement that I signed to sell my rights to future pension payments.

4. I have reviewed the Claim submitted by Creditor. I have never voluntarily entered into any agreement referenced by the Creditor.

5. I have never seen or had knowledge of a written agreement signed by me obligating me to repayment of the debt listed in the Claim No. 2.

6. Furthermore, I have never received proceeds from any alleged sale of my right to receive

1

pension benefits.

I hereby certify that the foregoing statements made by me are true and that if any of these statements are willfully false that I am subject to punishment.

Dated: 1/18/2022                                            /s/ John F. O'Donnell
                                                                                               John F. O'Donnell