Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−20032−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John F O' Donnell
   542 Westwood Ave
   Rivervale, NJ 07675

Social Security No.:
   xxx−xx−8895

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       2/17/22
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens

COMMISSION OR FEES
9363.00

EXPENSES
31.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 31, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-20032-VFP |
|---|---|
| John F O' Donnell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 137 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John F O' Donnell, 542 Westwood Ave, Rivervale, NJ 07675-5563 |
| 518251534 | #+ | Accounts Receivable, 1806 33rd Street, Suite 180, Orlando, FL 32839-8846 |
| 518346914 | + | Basralian Funeral Service, 559 Kinderkamack Road, Oradell, NJ 07649-1510 |
| 518251535 | + | Bristol County Savs Ba, 29 Broadway, Taunton, MA 02780-3261 |
| 518251541 | + | Delaware Department of Transportation, Delare E-ZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 518251542 | | E-Zpass, New York Service Center, PO Box 149004, Staten Island, NY 10314-9004 |
| 518251543 | + | Ezpass Violations, PO Box 15186, Albany, NY 12212-5186 |
| 518251545 | + | Harvey Grossman, Harvey Trust, 32 Mount Holyoke, Rancho Mirage, CA 92270-3669 |
| 518251548 | + | Law Enforcemeny Systems, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 518413707 | + | MPV New Jersey, PO Box 1870, Cary, NC 27512-1870 |
| 518251551 | + | Pascak Valley Dental, 449 Old Hook Road, Emerson, NJ 07630-1323 |
| 518251552 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518997560 | + | Progressive, c/o Caine & Weiner, 12005 Ford Rd Suite #300, Dallas, Texas 75234-7262 |
| 518251554 | + | Retrieval Masters Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518251553 | + | Retrieval Masters Collection Agency, 2269 Saw Mill Road, Elmsford, NY 10523-3832 |
| 519117440 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 519120662 | + | Roundpoint Mortgage Servicing Corporation as servi, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221-7093 |
| 518372817 | + | State Farm Barnk, F.S.B., c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 518251557 | + | United Collection Bureau, PO Box 1448, Maumee, OH 43537-8448 |
| 518413711 | | Universal Recovery Corporation, PO Box 3003, Rancho Cordova, CA 95741-3003 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 21:04:34 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 21:04:35 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518251536 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 21:04:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518372463 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 21:15:11 | Citibank, N.A., 701 East 60th Street North, Sioux |

Case 19-20032-VFP    Doc 92    Filed 02/02/22    Entered 02/03/22 00:13:14    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 137 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Falls, SD 57104-0432 |
| 518251538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 21:04:42 | Citibank/Exxon Mobile, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 518251539 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 31 2022 20:41:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518251540 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 31 2022 20:41:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518251544 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 31 2022 20:41:00 | Geico, Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518358466 | + | Email/Text: accountservices@greenarrowloans.com | Jan 31 2022 20:41:00 | Greenarrow Loans, PO Box 170, Finley, CA 95435-0170 |
| 518251537 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2022 21:04:50 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518251546 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 31 2022 20:41:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518251556 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jan 31 2022 20:40:00 | State Farm Bank, Attn: Bankrupcty, Po Box 2327, Bloomington, IL 61702 |
| 518251550 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2022 20:41:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518333473 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2022 20:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518413708 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 31 2022 20:40:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 518370743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2022 21:15:12 | Portfolio Recovery Associates, LLC, c/o Citgo, POB 41067, Norfolk VA 23541 |
| 518251555 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 31 2022 20:41:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 518413709 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 31 2022 20:41:00 | Retrieval-Masters Creditors Bureau, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518253886 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 21:03:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518413713 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 31 2022 20:41:00 | Transworld Systems, 500 Virginia Dr, Ste. 514, Fort Washington, PA 19034-2733 |
| 518413712 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 31 2022 20:41:00 | Transworld Systems, 5626 Frantz Road, Dublin, OH 43017-1559 |
| 518251557 | + | Email/Text: BAN1448@UCBINC.COM | Jan 31 2022 20:40:00 | United Collection Bureau, PO Box 1448, Maumee, OH 43537-8448 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518413706 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519117441 | *+ | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 518413710 | *+ | United Collection Bureau, PO Box 1448, Maumee, OH 43537-8448 |
| 518251547 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518251549 | ##+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, 216 West Second St, Dixon, MO 65459-8048 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor John F O' Donnell dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Denise E. Carlon | on behalf of Creditor State Farm Bank  F.S.B. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor John F O' Donnell jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| Kevin Gordon McDonald | on behalf of Creditor State Farm Bank  F.S.B. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Freedom Mortgage Corporation ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Lynn Therese Nolan | on behalf of Creditor RoundPoint Mortgage Servicing Corporation ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8