| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Scura, Wigfield, Heyer<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, New Jersey 07470<br>Tel: 973-696-8391<br>Jamal Romero, Esq.<br>jromero@scura.com<br>Counsel to the Debtor | Order Filed on February 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Chapter 13 |
| In Re:<br><br>    JOHN O'DONNELL,<br><br>                             Debtor. | Case No.: 19-20032<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: February 3, 2022 |

**ORDER AUTHORIZING DEBTOR TO OBTAIN**
**POSTPETITION FINANCING PURSUANT TO 11 U.S.C. § 364**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 8, 2022**

                                                                          _____
                                                                       **Honorable Vincent F. Papalia**
                                                                        **United States Bankruptcy Judge**

(Page 2)
Debtors: John O'Donnell
Case No.: 19-20032-VFP
Caption of Order: **Order Authorizing Debtor to Obtain Postpetition Financing**

The Matter having come before this Court on the Motion for An Order Authorizing Debtor to Obtain Secured Post-Petition Financing ("Motion") pursuant to 11 U.S.C. § 364(c) and Bankruptcy Rules 4001(c) and 9014 filed by John O'Donnell ("Debtor"). The postpetition financing's sole purpose is to refinance the Debtor's principle residence located at 542 Westwood Ave., Rivervale, New Jersey ("Property") and pay off the loan with Wells Fargo Bank, N.A. ("Wells Fargo").

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Court finds that this is a core proceeding pursuant to 28 U.S.C 157(b)(2)(A) and (D). The court finds that the authorization of postpetition financing is in the best interest of the Debtor, his estate, creditors and parties-in-interest. The Court finds that proper and adequate notice of the Motion has been given and that no other or further notice is necessary.

Based upon the foregoing findings, the Debtor has shown sufficient justification for the entry of this Order. Accordingly,

**IT IS ORDERED THAT:**

1. The Debtor is authorized to obtain post-petition financing with Homebridge ("Lender") up to $384,648.00. Attached to the Debtor's certification as Exhibit A is the Pre-Approval Letter from the Lender.

2. The funds from said post-petition financing shall be used to pay off Freedom Mortgage Corporation at the time of the closing pursuant to an up to date valid payoff letter issued by secured creditor.

3. Sufficient proceeds from the refinance shall be turned over to the Chapter 13 Trustee to payoff debtor's plan at a 100% dividend to unsecured.

4. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in the Order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of the Order.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, the terms of this Order shall be effective immediately and enforceable upon its entry.

7. The terms of the Order shall be binding on any subsequent trustee appointed under chapter 13 of the Bankruptcy Code.

8. To the extent the Pre-Approval differs from this Order, this Order will control.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20032-VFP |
| John F O' Donnell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John F O' Donnell, 542 Westwood Ave, Rivervale, NJ 07675-5563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Pascuzzi | on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Freedom Mortgage Corporation ecfnotices@grosspolowy.com |
| David L. Stevens | on behalf of Debtor John F O' Donnell dstevens@scura.com ecfbkfilings@scuramealey.com;mmoreira@scura.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@sc |
| Denise E. Carlon | on behalf of Creditor State Farm Bank  F.S.B. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor John F O' Donnell jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com;mmoreira@scur |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor State Farm Bank  F.S.B. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lynn Therese Nolan
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Lynn Therese Nolan
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Freedom Mortgage Corporation
    ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9