**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
*Counsel for Debtors*



**Order Filed on February 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>**JOHN F. O'DONNELL**,<br><br>Debtor. | Chapter 13<br><br>Case No.  19-20032 (VFP)<br><br>Hon. Vincent F. Papalia<br><br>Hearing Date: February 17, 2022 |
|---|---|

### ORDER DISALLOWING AND EXPUNGING CLAIM No. 2 FILED BY HARVEY AND ELISE GROSSMAN,

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: February 22, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: John F. O'Donnell
Case No.: 19-20032 (VFP)
Caption of Order: **ORDER DISALLOWING AND EXPUNGING CLAIM No. 2**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtor, John F. O'Donnell, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007, and N.J. LBR 3007-1 and 9013-1 for entry of an Order disallowing Claim No. 2 filed by Harvey and Elise Grossman in the amount of $44,400.00; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown

**IT IS hereby ORDERED:**

1. The proof of claim filed by Harvey and Elise Grossman, in the amount of $44,400.00, and identified as Claim No. 2 in the Debtors' Claims Register, is hereby disallowed and expunged, and:

2. A copy of this Order shall be served upon the Chapter 13 Standing Trustee, Harvey and Elise Grossman, and all other parties who have filed a notice of appearance herein or submitted pleadings or other responses to this application