UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel for Debtors

In Re:

JOHN F. O'DONNELL,

                DEBTOR.

Case No.:   19-20032 (VFP)

Chapter:   13

Adv. No.:

Hearing Date:   February 17, 2022

Judge:   Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, _____Melissa Moreira_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for SCURA, WIGFIELD, HEYER, who represents JOHN F. O'DONNELL in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____2/22/2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Disallowing and Expunging Claim No. 2 (Docket No. 97)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/22/2022

/s/ Melissa Moreira
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harvey S. & Elise L. Grossman<br>32 Mount Holyoke<br>Rancho Mirage, CA 92270 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John F. O'Donnell<br>542 Westwood Ave<br>Rivervale, NJ 07675 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
*Counsel for Debtors*

Order Filed on February 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: <br><br> JOHN F. O'DONNELL, <br><br> DEBTOR. | Chapter 13 <br><br> Case No. 19-20032 (VFP) <br><br> Hon. Vincent F. Papalia <br><br> Hearing Date: February 17, 2022 |
|---|---|

## ORDER DISALLOWING AND EXPUNGING CLAIM No. 2 FILED BY HARVEY AND ELISE GROSSMAN,

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: February 22, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor: John F. O'Donnell
Case No.: 19-20032 (VFP)
Caption of Order: **ORDER DISALLOWING AND EXPUNGING CLAIM No. 2**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtor, John F. O'Donnell, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007, and N.J. LBR 3007-1 and 9013-1 for entry of an Order disallowing Claim No. 2 filed by Harvey and Elise Grossman in the amount of $44,400.00; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown

**IT IS hereby ORDERED:**

1. The proof of claim filed by Harvey and Elise Grossman, in the amount of $44,400.00, and identified as Claim No. 2 in the Debtors' Claims Register, is hereby disallowed and expunged, and:

2. A copy of this Order shall be served upon the Chapter 13 Standing Trustee, Harvey and Elise Grossman, and all other parties who have filed a notice of appearance herein or submitted pleadings or other responses to this application