**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
*Counsel for Debtors*

**Order Filed on February 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>**JOHN F. O'DONNELL**,<br><br>　　　　　Debtor. | Chapter 13<br><br>Case No.  19-20032 (VFP)<br><br>Hon. Vincent F. Papalia<br><br>Hearing Date: February 17, 2022 |
|---|---|

### ORDER DISALLOWING AND EXPUNGING CLAIM No. 2 FILED BY HARVEY AND ELISE GROSSMAN,

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: February 22, 2022**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge**

Debtor: John F. O'Donnell
Case No.: 19-20032 (VFP)
Caption of Order: **ORDER DISALLOWING AND EXPUNGING CLAIM No. 2**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtor, John F. O'Donnell, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007, and N.J. LBR 3007-1 and 9013-1 for entry of an Order disallowing Claim No. 2 filed by Harvey and Elise Grossman in the amount of $44,400.00; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown

**IT IS hereby ORDERED:**

1. The proof of claim filed by Harvey and Elise Grossman, in the amount of $44,400.00, and identified as Claim No. 2 in the Debtors' Claims Register, is hereby disallowed and expunged, and:

2. A copy of this Order shall be served upon the Chapter 13 Standing Trustee, Harvey and Elise Grossman, and all other parties who have filed a notice of appearance herein or submitted pleadings or other responses to this application

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-20032-VFP
John F O' Donnell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John F O' Donnell, 542 Westwood Ave, Rivervale, NJ 07675-5563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Pascuzzi | on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Freedom Mortgage Corporation ecfnotices@grosspolowy.com |
| David L. Stevens | on behalf of Debtor John F O' Donnell dstevens@scura.com ecfbkfilings@scuramealey.com;mmoreira@scura.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@sc |
| Denise E. Carlon | on behalf of Creditor State Farm Bank  F.S.B. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor John F O' Donnell jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com;mmoreira@scur |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Kevin Gordon McDonald
    on behalf of Creditor State Farm Bank  F.S.B. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lynn Therese Nolan
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Lynn Therese Nolan
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Freedom Mortgage Corporation
    ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Debtor John F O' Donnell pevangelista@scura.com
    pselawpc@gmail.com;evangelista.paulr93878@notify.bestcase.com;dstevens@scura.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;mmoreira@scura.com;bramirez@scura.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10