| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, NJ  07470<br>973-696-8391<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>Attorney for Debtor | Order Filed on February 24, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

JOHN F. O'DONNELL,

                Debtor

Case No.:    19-20032-VFP

Chapter:    13

Judge:    VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $  9,363.00  for services rendered and expenses in the amount of $  31.00  for a total of $  9,394.00 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $  N/A  per month for  N/A  months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-20032-VFP
John F O' Donnell                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Feb 24, 2022     Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John F O' Donnell, 542 Westwood Ave, Rivervale, NJ 07675-5563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Pascuzzi | on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Freedom Mortgage Corporation ecfnotices@grosspolowy.com |
| David L. Stevens | on behalf of Debtor John F O' Donnell dstevens@scura.com ecfbkfilings@scuramealey.com;mmoreira@scura.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@sc |
| Denise E. Carlon | on behalf of Creditor State Farm Bank  F.S.B. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor John F O' Donnell jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com;mmoreira@scur |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Feb 24, 2022     Form ID: pdf903     Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor State Farm Bank  F.S.B. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lynn Therese Nolan
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Lynn Therese Nolan
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation as servicing agent for Freedom Mortgage Corporation
    ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Debtor John F O' Donnell pevangelista@scura.com
    pselawpc@gmail.com;evangelista.paulr93878@notify.bestcase.com;dstevens@scura.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;mmoreira@scura.com;bramirez@scura.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10